

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Friday, September 1, 2023

Mr. Shawn Latchford
Bruster PLLC
680 N Carroll Ave Ste 110
Southlake, TX 76092-6468
* DELIVERED VIA E-MAIL *

Mr. Douglas Scott Cain
Cain & Associates, P.C.
508 N. Ridgeway Drive
Cleburne, TX 76033
* DELIVERED VIA E-MAIL *

RE:     Case Number:  22-0191
        Court of Appeals Number:  10-19-00226-CV
        Trial Court Number:  DC-C201900316

Style:  ALLIANCE AUTO AUCTION OF DALLAS, INC.
        v.
        LONE STAR CLEBURNE AUTOPLEX, INC.

Dear Counsel:

Today the Supreme Court of Texas issued a per curiam opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Mr. Jared Hendrix (DELIVERED VIA E-MAIL)
        Ms. Beverly Williams (DELIVERED VIA E-MAIL)
        Brent Kiel (DELIVERED VIA E-MAIL)
        District Clerk Johnson County (DELIVERED VIA E-MAIL)